**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**KATHY PITTMAN**                                                                              **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.  5:12-CV-35-DCB-RHW**

**WAL-MART STORES EAST, LP**                                        **DEFENDANT**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, **KATHY PITTMAN,** through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for Defendant, Wal-Mart Stores East, LP, joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the   26th   day of   March  , 2013.

                                                                        s/ David Bramlette
                                                             **UNITED STATES DISTRICT COURT JUDGE**

Agreed to and Approved:

  s/ Thomas M. Louis                                   s/ Michael Crawley Steele
Thomas M. Louis (MSB #8484)                Michael Crawley Steele, Esq.
Shanda M. Yates (MSB #102687)              Michael Crawley Steele, PLLC
Wells Marble & Hurst, PLLC                     P. O. Box 1695
Post Office Box 131                                   Kosciusko, MS 39090
Jackson, Mississippi 39205-0131              *Attorney for Plaintiff*
*Attorneys for Defendant*